**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

KEITHRICK MARTIN                                                                           PLAINTIFF

v.                                             No. 5:18CV00049-JLH-JTK

WENDY KELLEY, et al.                                                                  DEFENDANTS

## JUDGMENT

      Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and

Adjudged that this case is DISMISSED without prejudice, for failure to prosecute.   The relief

sought is denied.

      IT IS SO ADJUDGED this 28th day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE